[No. 71313-2-I.   Division One.   May 11, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MARLON ROBERTO ALDRIDGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04223-0, Douglass A. North, J., entered December 17, 2013. *Reversed* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Trickey, J.

[No. 71453-8-I.   Division One.   May 11, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL JOHN WILCKEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06983-1, Lori Kay Smith, J., entered January 17, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Cox, J.

[No. 72228-0-I.   Division One.   May 11, 2015.]

*In the Matter of the Marriage of* JONATHAN M. PHILPOTT, *Respondent*, and LINDSEY MAY WRIGHT, *Defendant*.

Appeal from a judgment of the Superior Court for King County, No. 13-3-10900-3, Ronald Kessler, J., entered June 18, 2014. *Reversed* by unpublished opinion per Leach, J., concurred in by Verellen, A.C.J., and Schindler, J.

[No. 44572-7-II.   Division Two.   May 12, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN LEVI DUNN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 12-1-00992-6, Michael H. Evans, J., entered February 21, 2013. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Melnick, JJ.